For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Rosendo C. HERNANDEZ, Jr., Appellant.

WD 78387

Missouri Court of Appeals,
Western District.

ORDER FILED: June 28, 2016

Chris Koster, Attorney General, Mary H. Moore, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Ellen H. Flottman, Appellate District Defender, Columbia, MO, Attorney for Appellant.

tim's trial testimony that reiterated the same subject matter. *See id.* at 441.

Before Division Two: Victor C. Howard, Presiding Judge, and Thomas H. Newton and Karen King Mitchell, Judges

### Order

Per Curiam:

Rosendo Hernandez appeals his conviction, as a prior and persistent offender, of three counts of statutory sodomy in the first degree, § 566.062, and one count of statutory rape in the first degree, § 566.032, RSMo. Hernandez argues that the trial court erred in both failing to declare a mistrial when two witnesses testified that Hernandez had been in jail and admitting testimony from a sheriff's deputy who witnessed Hernandez's suicide attempt. Finding no error, we affirm. Rule 30.25(b).